

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00112-CV

---

Ernest Garcia, Appellant

v.

Westex Community Credit Union, Appellee

---

On Appeal from the 143rd District Court
Reeves County, Texas
Trial Court No. 25-09-25819-CVR

---

## MEMORANDUM OPINION

On March 5, 2026, Appellant, Ernest Garcia, filed a notice of appeal from a judgment entered on December 4, 2025. We notified Garcia that the notice of appeal was late, but because the notice was filed within the fifteen-day grace period provided by Texas Rule of Appellate Procedure 26.3, an extension request is implied. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617

(Tex. 1997); Tex. R. App. P. 26.1; Tex. R. App. P. 26.3. We further notified Garcia that, although the extension request is implied, he must nonetheless provide the Court with a reasonable explanation for the untimely filed notice of appeal.

We ordered Garcia to file a motion for extension of time explaining the late filing no later than March 19, 2026, and cautioned that failure to provide an extension would result in the dismissal of his appeal for want of jurisdiction. *See Verburgt*, 959 S.W.2d at 617; Tex. R. App. P. 42.3(a). As of the date of this opinion, Garcia has not responded to our order or otherwise provided this Court with a reasonable explanation for the late filing.

Accordingly, we dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a) (authorizing an appellate court to dismiss an appeal after giving ten days' notice to all parties).



LISA J. SOTO, Justice

April 15, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.